**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FISHERBROYLES, LLP,

     Plaintiff,

vs.

JURIS LAW GROUP,

     Defendant.

CIVIL ACTION FILE

NO. 1:14-cv-1101-WSD

**J U D G M E N T**

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 12th day of February, 2015.

         JAMES N. HATTEN
         CLERK OF COURT


       By: s/ A. Coleman
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 February 12, 2015
James N. Hatten
Clerk of Court

By: s/ A. Coleman
   Deputy Clerk